UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   88-cr-00254-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   MUNIR AHMED,

    Defendant.

## ORDER

    Upon the motion of the United States of America and for good cause shown, it is hereby

    ORDERED that Government's Motion to Close Case and Quash Warrant [ECF Doc. No. 5], filed January 25, 2012, is **GRANTED.**   It is

    FURTHER ORDERED that the case against **Munir Ahmed** is hereby closed and the warrant is quashed.

    Dated: January 26, 2012

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL
                                        CHIEF U. S. DISTRICT JUDGE